IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUNDREA WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-0514-CG-B |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Motion for Entry of Order (Doc. 22) filed by movant, AltaPointe Health Systems, Inc., on July 12, 2013, in which the movant requests this court to review the subpoena attached as Exhibit A, and moves for entry of an order as required by 42 U.S.C., § 290dd-2 for the movant to comply with the subpoena.

Upon review of Exhibit A, the court notes that the subpoena appears to have been issued by the defendants on June 11, 2013.  Because the deadline for all discovery to have been completed was May 31, 2013 pursuant to the Rule 16(b) Scheduling Order (Doc. 11), and since no requests for extension of the discovery deadline have been filed, the motion hereby is **DENIED**.

**DONE and ORDERED** this 16th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE