# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUNDREA WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0514-CG-B |
| | ) |
| BISHOP STATE COMMUNITY COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In light of the parties' Joint Report on Settlement and Motion to Stay (Doc. 48), it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE** subject to the right of any party to move to reinstate this case within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 15th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE